UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES MCGAULEY,

    Plaintiff,

vs.                                                 Case No.  3:07-cv-543-J-12MCR

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Appear Pro Hac Vice (Doc. 2) and Motion to Waive Requirement to Designate Local Counsel (Doc. 3) filed June 18, 2007.  Attorney, Lucy Tomberlin, requests permission to appear pro hac vice on behalf of Plaintiff.  Ms. Tomberlin is a member in good standing with the Georgia and Florida Bars and is admitted to practice before the United States District Court for the Middle District of Georgia.  Ms. Tomberlin certifies she is familiar with the Local Rules of this Court.  (Doc. 2, ¶5).  Additionally, Plaintiff asks that the written designation and consent-to-act requirements of Local Rule 2.02(a) be waived.

    Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee."  Here, although the motion does not indicate payment of the fee, a review of the docket reveals the fee has been paid.  The Court would also note that any attorney

who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.

Accordingly, after due consideration, it is

**ORDERED**:

1.	Plaintiff's Motion to Appear Pro Hac Vice (Doc. 2) and Motion to Waive Requirement to Designate Local Counsel (Doc. 3) are **GRANTED**.

2.	Lucy Tomberlin may appear specially as counsel for Plaintiff in this cause in accordance with Local Rule 2.02 and the Local Counsel Designation requirements of Local Rule 2.02(a) are hereby waived.


**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  19th  day of June, 2007.


*Monte C. Richardson*
	MONTE C. RICHARDSON
	UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record